UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09CR00174 EJG |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| COREY EBANKS, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  COREY EBANKS , Case No. 2:09CR00174 EJG , Charge  18USC § 1014, 18USC § 1343, 42USC § 408(a)(7)(B)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 10,000

        X Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 24, 2009  at  2:00 pm .

By   /s/ Dale A. Drozd
       Dale A. Drozd
       United States Magistrate Judge

Copy 5 - Court