```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Tehan Ferguson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S.09-172, 173, 174 & 175 EJG |
| Plaintiff, | |
| v. | **Stipulation to Continue Status Conference & Proposed Order** |
| TEHAN FERGUSON, et. al. | |
| Defendants. | Date: September 18, 2009<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Garcia |
| _____ | |

    Defendants, Tehan Ferguson, by and through his undersigned counsel, Nathan Bittner, Corey Ebanks and Keilan Johnson, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for August 28, 2009 should be re-set to September 18, 2009, and that date is available with the Court.

    The reason for this request is that the defendants are in the process of reviewing discovery, engaging in defense investigation and negotiations with the government. The parties agree that the status

conference should be continued to September 18, 2009 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T2 and T4.

                                  Respectfully submitted,

Dated: August 26, 2009        /s/ Shari Rusk
                                  Shari Rusk
                                Attorney for Defendant
                                Tehan Ferguson

                                /s/ Michael Long
                                Attorney for Defendant
                                Nathan Bittner

                                /s/ Robert Holley
                                Attorney for Defendant
                                Corey Ebanks

                                /s/ Caro Marks
                                Attorney for Defendant
                                Keilan Johnson

                                /s/ Kyle Reardon
Dated: August 26, 2009        Kyle Reardon
                                Assistant United States Attorney

                              **ORDER**

IT IS SO ORDERED.

Dated: August 27, 2009        /s/ Edward J. Garcia
                                U.S. DISTRICT JUDGE

                                _____