```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4
    Counsel for Mr. Corey Ebanks
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CRS 09-174 EJG |
| ) | |
| Plaintiff,    ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v.    ) | CONFERENCE |
| ) | |
| COREY EBANKS,    ) | Date: December 18, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant.    ) | Court: Hon. Edward J. Garcia |
| _____ ) | |

**REASONS FOR REQUEST**

Counsel for defendant COREY EBANKS is in the process of investigation and actively engaged with the U.S. Attorney's Office in efforts to resolve this matter.  Additional time is needed.  Accordingly, all parties are in agreement with this request for continuance of the status conference currently set for Friday, November 6, 2009.  Co-defendant Tehan Ferguson who has been assigned a different case number (CRS 09-172 EJG) has already been continued to the same date.

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for Friday, November 6, 2009 at 10:00 a.m. be continued without appearance, for the reasons set forth above, to **Friday, December 18, 2009 at 10:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through December 18, 2009 due to complexity of the case and in the interest of justice to allow the defense further time to investigate and provide further information towards effectuating an appropriate negotiated plea if possible.

**Dated: November 3, 2009**

*/s/ Mr. Kyle Reardon, Esq.* **(by RMH)**
**Mr. Kyle Reardon,**
**Assistant United States Attorney**
**Counsel the United States**

*/s/ Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY,**
**Counsel for MR. EBANKS**

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference in the above-entitled case, presently scheduled for Friday, November 6, 2009 at 10:00 a.m., be continued without appearance to **Friday, December 18, 2009 at 10:00 a.m.**

2

It is further ordered that time be excluded through December 18, 2009 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**Dated: November 3, 2009**

/s/ Edward J. Garcia
**THE HONORABLE EDWARD J. GARCIA**
**United States District Court Judge**

3