Robert M. Holley (SBN 50769)
Attorney at Law
331 J Street, Ste. 200
Sacramento, CA 95814
Telephone: (916)443-2213

Counsel for Mr. Corey Ebanks

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRS 09-174 EJG |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| v. | ) |
| COREY EBANKS, | ) |
| Defendant. | ) |

**REASONS FOR REQUEST**

The parties hereto have been actively in the process of negotiating a settlement in this matter for the purpose of avoiding unnecessary expenditure of trial time for both the parties and the Court. The defense is still in the process of investigation and needs additional time to complete what is left to do and effectuate further negotiation. It is requested that the matter be continued for status conference for an additional three weeks. This request for continuance is made by stipulation and proposed order to save the Court and the lawyers the unnecessary expenditure of court time.

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that the status conference in the above-entitle case, presently set for Friday, February 12, 2010 be continued without appearance, for the reasons set forth above, to **Friday, March 5, 2010 at 10:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to the Speedy Trial Act, 18 U.S.C Section 3161 (h)(8)(B)(ii)(Local Codes T2 and T4) through March 5, 2010, due to the complexity of case and in the interest of justice to allow the defense further time to complete investigation and further negotiation towards settlement.

**Dated: February 11, 2010**

/s/ *Robert M. Holley*
**ROBERT M. HOLLEY**
**Counsel for the MR. EBANKS**


**BENJAMIN B. WAGNER**
**United States Attorney**


/s/ *Kyle Reardon,(by RMH)*
**Assistant United States Attorney**
**Counsel for the United States**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**GOOD CAUSE APPEARING**, and upon stipulation of the parties, it is hereby ordered that the status conference in the above entitled case, presently scheduled for Friday, February 12, 2010 at 10:00 a.m. be continued to **Friday, March 5, 2010 at 10:00 a.m.**

It is further ordered that the time be excluded through March 5, 2010 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**Dated: February 11, 2010.**

**/s/ Edward J. Garcia**
**THE HONORABLE EDWARD J. GARCIA**
**United States District Court Judge**
**Eastern District of California**