```
 1  Robert M. Holley
    Attorney at Law
 2  State Bar No. 50769
    331 J Street, Suite 200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4
    Counsel for Mr. Corey Ebanks
 5
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )  CRS 09-174 EJG
12                                )
              Plaintiff,          )  STIPULATION AND
13                                )  ORDER CONTINUING STATUS
         v.                       )  CONFERENCE
14                                )
    COREY EBANKS,                 )  Date: March 5, 2009
15                                )  Time: 10:00 a.m.
              Defendant.          )  Court: Hon. Edward J. Garcia
16  _____)
17
18                          **REASONS FOR REQUEST**
19       Based upon recently learned information (apparently from de-
20  briefings), which is in the process of being investigated by both the
21  prosecution and the defense, further time is needed before a meaningful
22  settlement agreement can be reached.  Accordingly both parties request
23  a three week continuance to **Friday, March 26, 2010 at 10:00 a.m.**
24
25                              **STIPULATION**
26       It is hereby stipulated by and between the parties through their
27  respective counsel that the status conference in the above-entitled
28  case presently set for Friday, March 5, 2010 at 10:00 a.m. be continued
```

without appearance, for the reasons set forth above, to **Friday, March 26, 2010 at 10:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through December 18, 2009 due to complexity of the case and in the interest of justice to allow both parties further time to investigate and arrive at a place where meaningful plea negotiations can take place.

**Dated: March 4, 2010**

**/s/ *Mr. Kyle Reardon,Esq.*(by RMH)**
**Mr. Kyle Reardon,**
**Assistant United States Attorney**
**Counsel the United States**

**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY,**
**Counsel for MR. EBANKS**

### ORDER

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above-entitled case, presently scheduled for Friday, March 5, 2010 at 10:00 a.m., be continued without appearance to **Friday, March 26, 2010 at 10:00 a.m.**

It is further ordered that time be excluded through March 26, 2010 pursuant to the Speedy Trial Act exclusion sections set forth in

////

////

2

1 | the stipulation above.

3 | **Dated: March 4, 2010**

5 | **/s/ Edward J. Garcia**
**THE HONORABLE EDWARD J. GARCIA**
6 | **United States District Court Judge**