BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>COREY EBANKS,<br><br>　　　Defendant. | 2:09-CR-00174 EJG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Time: 10:00 a.m.<br>Date: Friday, March 26, 2010<br>Court: Hon. Edward J. Garcia |

　　The parties request that the status conference currently set for Friday, March 26, 2010, at 10:00 a.m., be continued to Friday, April 9, 2010, at 10:00 a.m., and stipulate that the time beginning March 26, 2010, and extending through April 9, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

　　The parties are currently involved in pre-trial negotiations.  The government has recently interviewed additional witnesses who have provided information that was relevant to the defendant.  In addition, the parties are reexamining the loss

1

1  amount in this case.
2      Accordingly, the parties believe that the continuance should
3  be excluded from the calculation of time under the Speedy Trial
4  Act.  The additional time is necessary to ensure effective
5  preparation, taking into account the exercise of due diligence.
6  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
7  justice served by granting this continuance outweigh the best
8  interests of the public and the defendant in a speedy trial.  18
9  U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED: March 24, 2010        By:    /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED: March 24, 2010        By:    /s/ Kyle Reardon for
                                    ROBERT M. HOLLEY
                                    Attorney for the Defendant

**<u>ORDER</u>**

The status conference in case number 2:09-CR-00174 EJG, currently set for Friday, March 26, 2010, at 10:00 a.m., is continued to Friday, April 9, 2010, at 10:00 a.m., and the time beginning March 26, 2010, and extending through April 9, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.
IT IS SO ORDERED.


DATED: 3/25/10                    /s/Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

3