```
HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
COREY EBANKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COREY EBANKS,<br><br>    Defendant. | NO. CR.S-09-174-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER;**<br>**CONTINUING EVIDENTIARY HEARING**<br><br>Date:  July 31, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their counsel, Assistant United States Attorney CHRISTIAAN HIGHSMITH and Assistant Federal Defender COURTNEY FEIN, attorney for COREY EBANKS and United States Probation Officer GAREY WHITE, that the evidentiary hearing set for June 20, 2013 be continued to July 31, 2013, at 9:00 a.m.

This continuance is requested because defense witness will be unavailable on June 20, 2013 due to a medical condition that requires treatment.

DATED: June 6, 2013.                    Respectfully submitted,

                                              HEATHER WILLIAMS
                                              Federal Public Defender

                                              /s/ Courtney Fein
                                              COURTNEY FEIN
                                              Designated Counsel for Service
                                              Attorney for COREY EBANKS

1
2                       BENJAMIN B. WAGNER
                         United States Attorney
3
4             By:    /s/ Courtney Fein for
                         CHRISTIAAN HIGHSMITH
                         Assistant United States Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 20, 2013, evidentiary hearing be continued to July 31, 2013, at 9:00 a.m.

Dated: June 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE