1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2739
   Facsimile:   (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  CR.S-09-174-WBS
12 |                      Plaintiff,  | **STIPULATION AND [PROPOSED]**
   |                                  | **ORDER; ADVANCING**
13 | v.                               | **EVIDENTIARY HEARING**
14 | COREY EBANKS,                    |
   |                                  | Date: July 22, 2013
15 |                      Defendant,  | Time: 9:30 a.m.
   |                                  | Judge: Hon. William B. Shubb
16

17     IT IS HEREBY STIPULATED by and between the parties hereto through their counsel,

18 Assistant United States Attorney CHRISTIAAN H. HIGHSMITH and Assistant Federal Defender

19 COURTNEY FEIN, attorney for COREY EBANKS, and United States Probation Officer GAREY

20 WHITE, that the evidentiary hearing set for July 22, 2013 be advanced to July 18, 2013, at 11:00

21 a.m.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                       1

...

///

This advancement is requested based on the availability of the parties.

IT IS SO STIPULATED.

DATED: July 17, 2013

HEATHER WILLIAMS
Federal Public Defender
/s/ Christiaan H. Highsmith for
COURTNEY FEIN
Designated Counsel for Service
Attorney for COREY EBANKS

DATED: July 17, 2013

BENJAMIN B. WAGNER
United States Attorney
/s/ Christiaan H. Highsmith
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 22, 2013 evidentiary hearing be advanced to July 18, 2013, at 11:00 a.m.  If the testimony scheduled for that date is not completed by 11:30 a.m., the remainder of the hearing will continue to 1:30 p.m. on that date.

Dated:  July 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3