HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
COREY EBANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                          Plaintiff,    )<br>       v.                            )<br> COREY EBANKS,                        )<br>                          Defendant.   )<br> _____ ) | CASE NO. 09-CR-0174 WBS<br><br>**SUBSTITUTION OF ATTORNEY** |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Corey Ebanks.

Dated:  July 17, 2013                         Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ *Courtney Fein*
                                              COURTNEY FEIN
                                              Assistant Federal Defender
                                              Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED: July 17, 2013                    /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Attorney at Law

I consent to the substitution.

DATED: July 18, 2013                    /s/   Corey Ebanks
                                        COREY EBANKS
                                        Defendant

## O R D E R

IT IS HEREBY ORDERED, effective August 1, 2013, that the Office of the Federal Defender his hereby relieved, and Courtney Fein is hereby appointed as CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

DATED: July 23, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE