COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone: (916) 382-4792

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-174 WBS |
| Plaintiff, | PETITION REQUESTING DISCLOSURE OF PROBATION RECORDS; ORDER |
| vs. | Date: August 19, 2013<br>Time: 9:30 a.m. |
| COREY EBANKS, | Judge: Hon. William B. Shubb |
| Defendant | |

  Mr. Ebanks is scheduled to appear before the court for disposition of the petition to revoke his supervised release on August 19, 2013 at 9:30 a.m.

  Pursuant to Local Rule 461, Mr. Ebanks hereby requests that the court order United States Probation to disclose to the defense a copy of the pre-sentence report prepared in this case.

Local Rule 461 authorizes the court to order the release of otherwise confidential probation records upon a showing by any party of "the need for specific records."

In this case, undersigned counsel was not the attorney of record at the time Mr. Ebanks was sentenced for the underlying offense. Undersigned counsel has contacted attorney Robert Holley who represented Mr. Ebanks at the time, and Mr. Holley is not able to locate a copy of the pre-sentence report. In order to provide Mr. Ebanks with effective assistance of counsel, undersigned counsel will need to review all the documents associated with the underlying case and become familiar with them should the court wish to inquire about the circumstances of the original offense at the time of disposition of the supervised release violation petition. The defense makes this request to ensure that Mr. Ebanks' rights to due process and to effective assistance of counsel are protected, and that he is able through counsel to make a full and fair presentation at the time of disposition.

Dated: August 3, 2013            Respectfully submitted,

                                 LAW OFFICES OF COURTNEY FEIN

                                 /s/ *Courtney Fein*

                                 _____
                                 COURTNEY FEIN
                                 Attorney at Law

# O R D E R

Good cause having been shown, the probation officer is hereby ordered to provide the defendant a copy, either a hard copy or an electronic copy, of the pre-sentence report prepared in case number 2:09-CR00174 WBS.

IT IS SO ORDERED.

Dated:  August 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE