COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone:  (916) 382-4792

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-174 WBS |
| Plaintiff, | STIPULATION/ORDER |
| vs. | Date:  August 19, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |
| COREY EBANKS, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their counsel, Assistant United States Attorney CHRISTIAAN HIGHSMITH and COURTNEY FEIN, attorney for COREY EBANKS and United States Probation Officer GAREY WHITE, that the disposition hearing set for August 19, 2013 be continued to September 3, 2013 at 9:30 a.m.

   ///

   ///

The continuance is requested due to a death in Mr. Ebanks' family.

Dated: August 9, 2013              Respectfully submitted,

                                        COURTNEY FEIN
                                        Attorney at Law

                                        /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Designated Counsel for Service
                                        Attorney for COREY EBANKS


                                        BENJAMIN WAGNER
                                        United States Attorney

                         By:   /s/Courtney Fein for
                                        CHRISTIAAN HIGHSMITH
                                        Assistant United States Attorney


IT IS SO ORDERED:

Dated:  August 12, 2013

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE